**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Walgreen Co. et al., <br><br>                    Plaintiff, <br><br>     v. <br><br> United States et al, <br><br>                    Defendant. | Court No:   1:20-cv-3391 |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Barbara Broussard is no longer litigating for the firm of Sidley Austin LLP and should be removed as attorney of record in the above referenced case. Michael E. Murphy is the lead attorney in this case and will continue to represent Plaintiff in this case.

January 31, 2022

Sincerely,

/s/ *Barbara Broussard*

Barbara Broussard
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
(202) 736-8161
bbroussard@sidley.com